**Order filed March 22, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
_____

## NO. 14-11-00470-CV
_____

**TERVOR D. REES-JONES AND DEVON ENERGY PRODUCTION CO., LP,**
**Appellants**

**V.**

**D. BOBBITT NOEL, JR., Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-39598**

## ORDER

The reporter's record in this case was due July 17, 2011.  *See* Tex. R. App. P. 35.1.

On March 9, 2012, Trista Jamail, a substitute court reporter filed a portion of the reporter's record.  The remainder of the record has not been filed with the court.  We therefore issue the following order.

We order Suzanne Saulsberry, the official court reporter, to file the record in this appeal **on or before March 30, 2012.**  If Trista Jamail, the substitute court reporter, took the record in this case, Trista Jamail is ordered to file the remainder of the record within **30**

**days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Suzanne Saulsberry and/or Trista Jamail do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

2